UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
*Alexandria Division*

| | |
|---|---|
| Paul Aquice<br>459 N. Armstread St., Apt 7<br>Alexandria, VA 22312<br><br>Christian Aquice<br>459 N. Armstread St., Apt 7<br>Alexandria, VA 22312<br>                *PLAINTIFFS*<br><br>v<br><br>I.A. Contractors, Inc.<br>3700 1st Rd., South<br>Arlington, VA 22204<br><br>Italo Aquice<br>3700 1st Rd., South<br>Arlington, VA 22204<br>                *DEFENDANTS* | Case: 1:16CV1407 |

**ORDER GRANTING JOINT MOTION FOR JUDICIAL APPROVAL
OF SETTLEMENT AND DISMISSAL OF ACTION WITH
PREJUDICE**

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiffs Paul Aquice, and Christian Aquice, and Defendants IA Contractors, and Italo Aquice, the Court hereby GRANTS the Motion and approves the settlement between Plaintiffs and Defendants (hereinafter, collectively referred to as "the Parties") based on the following findings:

    1.    The Parties have provided the Court with sufficient information to conclude that the offer of settlement is fair and reasonable and is an equitable compromise of disputed facts and claims.

    2.    In addition, the settlement agreement represents a fair and reasonable resolution of a bona fide dispute under the FLSA according to the factors that have been cited in other actions

before the District Court.

3.  The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

4.  The attorneys' fees and costs (aggregate of $5000.00) to be paid under the settlement agreement are separately stated. This amount represents a fair and reasonable amount for service performed prior to Plaintiffs' attorneys being released from the case. The amount for fees and costs bear a reasonable relationship to the work performed by Plaintiff's counsel and the amount being paid to Plaintiff under the Agreement.

WHEREFORE, the Court hereby Orders that the Joint Motion be and is hereby GRANTED, the Settlement is APPROVED, and this case is DIMISSED WITH PREJUDICE in its entirety, with each Party to bear its own attorneys' fees and costs (except as specifically noted in the Settlement Agreement).

February 6, 2017

The Honorable Liam O'Grady
United States District Court Judge