IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PAUL AQUICE, *et al.*, ) | |
| ) | |
| *Plaintiff*, ) | Civil No. 1:16-cv-1407 |
| ) | |
| v. ) | Hon. Liam O'Grady |
| ) | |
| I.A. CONTRACTORS, INC., *et al.*, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

This matter comes before the Court on a post-settlement motion for clarification of attorney's fees. (Dkt. No. 23). Upon consideration of the motion, and for good cause shown, it is hereby **ORDERED** that:

1. Hanover Law, PC ("Hanover") is awarded $250 for the drafting and filing of its motion; it may withdraw this sum from the amount currently held in its IOLTA account;

2. Hanover shall deposit the remaining disputed amount of $7,125 into the registry of the Court within 14 days;

3. Once Hanover has made this deposit, it shall file a **NOTICE** (the "Notice") with the Court and shall serve copies of the Notice on all parties with claims to the money;

4. The Clerk of the Court and the Finance Office are **DIRECTED** to receive this money and to keep it in the Court's Registry;

1

5. If good cause exists, the Barrera Law Firm and John Rigby are **INSTRUCTED** to file motions for dispersal of funds within 14 days of the Notice filed by Hanover; these motions shall contain full documentation supporting their requests for funds;

6. Any motion for dispersal of funds shall be **SERVED** on Paul and Christian Aquice (in English and in Spanish), who shall have ten (10) days to object to the motion in writing;

7. If the Barrera Law Firm and John Rigby do not file any motions for dispersal of funds within the allotted time, the money shall be **DISPERSED** to Paul and Christian Aquice;

8. The Clerk is **DIRECTED** to mail a copy of this Order to Paul and Christian Aquice.

It is **SO ORDERED**.

_____
Liam O'Grady
United States District Judge

March 2, 2017
Alexandria, Virginia