IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| PAUL AQUICE, *et al.*, </br></br> *Plaintiff*, </br></br> v. </br></br> I.A. CONTRACTORS, INC., *et al.*, </br></br> *Defendant.* | Civil No. 1:16-cv-1407 </br></br> Hon. Liam O'Grady |

### ORDER

Under Federal Rule of Civil Procedure 60(a), the Court may correct clerical mistakes that appear in its orders and judgments. On March 16, 2017, Plaintiffs' former attorneys, John Rigby and Daniel Barrera ("Plaintiffs' Attorneys"), brought a motion seeking $7,150 in attorneys' fees. Mtn. Attys' Fees at 3 (Dkt. No. 27). On April 17, 2017, the Court entered an Order granting in part and denying in part the motion based on the $7,150 figure. In reality, however, the Court only had possession of $7,125 in disputed settlement fees. *See* Hanover Law Firm Notice of Deposit (Dkt. No. 25). Therefore, the previous Order contained a clerical accounting error.

This clerical error does not affect the Court's analysis; Plaintiffs' Attorneys are still entitled to the fees calculated in the previous Order. Therefore, the difference of $25 is hereby subtracted in equal parts from the settlement distributions to Paul and Christian Aquice.

Accordingly, the Court hereby enters the following amended schedule of awards:

1. Mr. Rigby is hereby **AWARDED** $3,177.61;
2. The Barrera Law firm is hereby **AWARDED** $1,834.39;

3. Paul Aquice is hereby **AWARDED** $1,056.50;

4. Christian Aquice is hereby **AWARDED** $1,056.50;

5. The Clerk is hereby **DIRECTED** to notify the parties of this Order and distribute the funds in accordance with this Order.

It is **SO ORDERED**.

_____
Liam O'Grady
United States District Judge

April 19, 2017
Alexandria, Virginia